UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:19-cv-04804-TWP-TAB ) |
| BOBBY PEAVLER, WILLIAM ERIC MEEK, | ) ) ) |
| Defendants. | ) ) ) |
| UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE, | ) ) ) |
| Intervenor. | ) ) |

**UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT
AGAINST DEFENDANTS BOBBY PEAVLER AND WILLIAM ERIC MEEK**

Plaintiff United States Securities and Exchange Commission ("SEC"), without objection from Defendants Bobby Peavler ("Peavler") and William Eric Meek ("Meek") (together, Peavler and Meek are "Defendants"), moves for entry of final judgment. In support of this request, the SEC states:

1. The Complaint alleges various violations of the securities laws and seeks both injunctive relief and monetary relief. (ECF No. 1.)

2. To resolve this matter, Defendants have signed consents to a final judgment. Peavler's consent is attached as Exhibit 1 to this Motion. Meek's is Exhibit 2.

In the consents, Defendants agree to the entry of the Final Judgment attached as Exhibit 3 to the Motion.

    3.    Among other things, the proposed Final Judgment:

        (a)    permanently restrain and enjoin Defendants from violating the statutory provisions referenced in their respective consents;

        (b)    orders Defendants to pay civil penalties; and

        (c)    prohibits Defendants from acting as officers or directors of publicly-held companies for three years.

WHEREFORE, Plaintiff United States Securities and Exchange Commission respectfully requests that the Court grant its Motion, enter the proposed Final Judgment attached as Exhibit 3 to the Motion, and grant such other and further relief as the Court deems just and proper.

Dated: March 23, 2023

          Respectfully submitted,

          By: /s/ Jonathan S. Polish
          Jonathan S. Polish (Ill. Bar No. 6327890)
          polish@sec.gov
          175 W. Jackson Blvd., Suite 1450
          Chicago, IL 60604
          Telephone: (312) 353-7390
          Facismile: (312) 353-7398

          *Attorney for Plaintiff U.S. Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 23, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECY system, which will send a notice of electronic filing to all attorneys and parties of record in this matter.

                        <u>/s/Jonathan Polish</u>